[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2005
THOMAS  K. KAHN
CLERK**

No.  04-15769

D. C. Docket No. 02-00023 CV-WLS-1

CRAIG LAYTON,

Plaintiff-Appellant,

versus

JARROD EASON,
Fire Chief of Terrell County,
JEFF HANNER,
LINDA HANNER,
BOB HANNER,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Georgia

**(May 18, 2005)**

Before TJOFLAT and KRAVITCH, Circuit Judges, and MILLS[*], District Judge.

PER CURIAM:

AFFIRMED. <u>See</u> 11th Cir. R. 36-1.[1]

---

*Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

[1] 11th Cir. R. 36-1 provides:
   When the court determines that any of the following circumstances exist:
   - (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   - (b) the evidence in support of a jury verdict is sufficient;
   - (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   - (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   - (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.